**No. 59614.**—F. H. Kaysing v. United States, protest 163390–K (St. Louis).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of figures, valued at $2.50 or more each, the same in all material respects as those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

DECEMBER 21, 1955

**No. 59615.**—C. J. Tower & Sons v. United States, protest 214610–K.—C. D. 1733. Motion of Government for rehearing denied.

DECEMBER 19, 1955

**No. 59616.**—SUIT 4838.—United States v. Accurate Millinery Co. and Roberts, Reilly & Sons et al.—C. D. 1652 affirmed June 15, 1955. C. A. D. 599.

DECEMBER 21, 1955

**No. 59617.**—SUIT 4814.—United States v. Tropical Craft Corporation, successors to Tropical Craft Import & Export Corp.—C. D. 1589 reversed June 15, 1955. C. A. D. 598.